AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002: BJS 6/2013)

Case 3:21-cr-05024-CVB   Document 13   Filed 07/19/21   Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

FILED _____ LODGED _____
_____ RECEIVED
07/19/2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>TRAVIS L. TYLER | JUDGMENT IN A CRIMINAL CASE<br>(Short Form)<br><br>CASE NUMBER:  CR21-5024<br><br>_____Dennis Carroll/Jerome Kuh_____<br>Defendant's Attorney |

☒ **THE DEFENDANT** pleaded guilty to  Count I of the Information (misdemeanor)

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count No.** |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13; RCW 46.20.740 | No Functioning Ignition Interlock Device | 11/29/2020 | I |

☒ Count(s)  II  ☒ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| **Total:** | **Fine** | **Assessment** | **Processing Fee** | **Payable Within/By** |
|---|---|---|---|---|
| $75 | $50 | $25.00 | $ N/A | Within 10 months |

Defendant's SSN:  XXX-XX-3147

Defendant's DOB:  XX-XX-1987

Defendant's USM No:  N/A

Defendant's Signature:  Via zoom Travis Tyler

_s/ Barbara J. Sievers_
BARBARA J. SIEVERS, Assistant United States Attorney

July 19, 2021
Date of Imposition of Judgment

_Theresa L. Fricke_
Signature of Magistrate Judge

THE HONORABLE THERESA L. FRICKE
United States Magistrate Judge

7-19-2021
Date